# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Thorington Electrical and Construction | ) ASBCA Nos. 56987, 56988, 56989 |
| Company | ) 56990, 56991, 56992 |
| | ) 56993, 56994, 56995 |
| | ) 56996, 56998, 56999 |
| | ) 57000 |
| | ) |
| Under Contract No. FA3300-05-C-0015 | ) |

APPEARANCE FOR THE APPELLANT:  Deitra Crawley, Esq.
Taylor English Duma LLP
Atlanta, GA

APPEARANCES FOR THE GOVERNMENT:  Lt Col Matthew J. Mulbarger, USAF
Air Force Chief Trial Attorney
Sarah L. Stanton, Esq.
Senior Trial Attorney

## ORDER OF DISMISSAL

These appeals have been settled. By letter dated 19 August 2015, the parties filed a Joint Party Motion to Dismiss with Prejudice.

The motion is granted. It is hereby ordered that ASBCA Nos. 56987, 56988, 56989, 56990, 56991, 56992, 56993, 56994, 56995, 56996, 56998, 56999 and 57000 are dismissed with prejudice.

Dated: 26 August 2015

JACK DELMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 56987, 56988, 56989, 56990, 56991, 56992, 56993, 56994, 56995, 56996, 56998, 56999, 57000, Appeals of Thorington Electrical and Construction Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals
